3

**WANGER JONES HELSLEY PC**
Riley C. Walter #91839
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 233-4800
Facsimile: (559) 233-9330

Attorneys for Coalinga Regional Medical Center

## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re | CASE NO. 18-13677 |
| COALINGA REGIONAL MEDICAL CENTER, a California local health care district, | Chapter 9 |
| Debtor. | Date: August 1, 2019<br>Time: 9:30 a.m. |
| Tax ID #: 94-6003161<br>Address: 1191 Phelps Avenue<br>Coalinga, CA 93210 | Place: 2500 Tulare Street<br>Fresno, CA 93721<br>Courtroom 13, Dept. B<br>Judge: Honorable René Lastreto II |

### THIRD CHAPTER 9 STATUS REPORT

TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY JUDGE:

Debtor, Coalinga Regional Medical Center, a California local healthcare district ("Debtor" or the "District") respectfully comes before the Court and submits this Third Chapter 9 Status Report as follows:

### I.  BACKGROUND

The District filed a Chapter 9 Petition on September 7, 2018 following years of financial turmoil, filed lawsuits and after it became unable to pay regular operating expenses.

The District is a public entity organized under the California Local Healthcare District Law and is located in the heart of the San Joaquin Valley and was organized in 1949 under the California

1　Healthcare District Law to provide healthcare services covering approximately 900 square miles of

2　southwestern Fresno County.

3　　　　A detailed description of the Debtor's background and the events leading up to the filing of the

4　Petition can be found in the Debtor's Statement of Qualifications filed with this Court on September 21,

5　2018 [ECF No. 15] and the prior two Chapter 9 Status Reports.

6　　　　The purpose of this report is to provide the Court with a report on activities that have occurred

7　since the petition date as well as to inform the Court as to expected activities that will occur in the next

8　phase of this reorganization.

9　**II.　ELIGIBILITY**

10　　　　The Court previously fixed a bar date of December 7, 2018 for objections to eligibility based on

11　the District's Motion for an Entry of Order: (1) Directing and Approving Form of Notice of

12　Commencement; (2) Setting Deadline for Filing Objections to Petition; and (3) for Relief Under Chapter

13　9 [ECF No. 18].

14　　　　No objections to eligibility were filed and the Motion was granted on December 21, 2018.

15　**III.　CLAIMS BAR DATE**

16　　　　Following entry of an Order for Relief, the District filed a Motion for Order Fixing Bar Date for

17　Filing Proofs of Claim and the claims bar date was set as April 12, 2019.

18　**IV.　POST PETITION ACTIVITIES THROUGH JULY 24, 2019**

19　　　　The District has filed a Motion for Authority to Enter Into Transaction to Lease Real Property

20　Pursuant to 11 U.S.C. Sections 105, 901 and 922 ("Lease Motion"), to lease its hospital and real

21　property.  The Lease Motion was heard and granted on April 11, 2019.

22　　　　After the Lease Motion is approved, the District will sell miscellaneous personal property to the

23　lessee.

24　**V.　PROFESSIONALS**

25　　　　The District is represented by Wanger Jones Helsley PC as Chapter 9 successor counsel and

26　Baker Manock & Jensen as District counsel.

27　　　　The District is opposing employment of two, not just one, Los Angeles area law firms seeking

28　to represent the two person Creditors' Committee.

## VI.  PUTATIVE COMMITTEE

The District is seeking to disband a putative Committee and opposing an effort to appoint a Committee. The hearings are set to be heard on September 26, 2019.

## VII.  BOND REFINANCING

The District has been authorized to refinance its bonded indebtedness and the COP were retired on July 12, 2019.

## VIII.  PLAN OF ADJUSTMENT

The District will file its Plan on July 29, 2019.

## IX.  NEXT PHASE

So that the Court might have a "road map" as to the next phase in this Chapter 9 case, the following items are expected to be commenced or continued over the next six (6) months.

- The District will continue with its evaluation of contracts to determine the appropriate treatment of contracts and unexpired leases.
- The District will continue with the assembly of information to enable it to evaluate bringing avoidance claims under Sections 547, 548 and 549.
- The District will begin evaluation of claims.

## X.  FURTHER STATUS CONFERENCE

The District suggests to the Court that it would be appropriate to set a further Chapter 9 Status Conference in about four months so that the District can make a further report to the Court on its reorganization and progress toward a Confirmation of Plan of Adjustment.

## XI.  CONCLUSION

WHEREFORE, Coalinga Regional Medical Center prays that the Court be apprised accordingly and seeks such relief as is just and proper.

Dated: July 25, 2019                    WANGER JONES HELSLEY PC

By: _Riley C. Walter_____

Riley C. Walter
Attorneys for Coalinga Regional Medical Center

3