2

**WANGER JONES HELSLEY PC**
Riley C. Walter #91839
265 E. River Park Circle, Suite 310
Fresno, California 93720
Telephone: (559) 490-0949
Email: rwalter@wjhattorneys.com

Attorneys for Coalinga Regional Medical Center

## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| In re<br><br>COALINGA REGIONAL MEDICAL CENTER, a California local healthcare district,<br><br>　　　　　Debtor.<br><br>Tax ID #: 94-6003161<br>Address: 1191 Phelps Avenue<br>　　　　　 Coalinga, CA 93210 | CASE NO. 18-13677<br><br>Chapter 9<br><br>DC No.: WJH-1<br><br>Date: September 26, 2019<br>Time: 9:30 a.m.<br>Place: 2500 Tulare Street<br>　　　　 Fresno, CA 93721<br>　　　　 Courtroom 13<br>Judge: Honorable René Lastreto II |

**STIPULATION TO CONTINUE DEADLINE FOR BETA RISK MANAGEMENT AUTHORITY TO RESPOND TO DISTRICT'S DISCLOSURE STATEMENT DATED JUNE 30, 2019**

TO THE HONORABLE RENÉ LASTRETO II, UNITED STATES BANKRUPTCY JUDGE:

This Stipulation is entered into between BETA Risk Management Authority ("BETA") and Coalinga Regional Medical Center (the "District"), by and through their attorneys, as follows:

### RECITALS

　　A.　　On July 31, 2019, the District filed the *Disclosure Statement Dated June 30, 2019* [Docket No. 328] (the "Disclosure Statement") and set the Disclosure Statement for hearing on September 12, 2019 at 9:30 a.m.

　　B.　　On August 28, 2019, the Court entered an order [Docket No. 358] continuing the

1  September 12, 2019 hearing on the Disclosure Statement to September 26, 2019 at 9:30 a.m., with
2  objections due by September 12, 2019.

3    C.  On September 6, 2019, the District filed the *Notice of Intent to Request Continuance of*
4  *Hearing on Disclosure Statement* [Docket No. 377], wherein the District stated that it intends to
5  appear at the September 26, 2019 hearing on the Disclosure Statement and request that the hearing be
6  continued to November 8, 2019 at 11:00 a.m.

7    D.  Because the District has requested a continued hearing on the Disclosure Statement at
8  the September 26, 2019 hearing, which is after the September 12, 2019 objection deadline, the parties
9  have agreed BETA shall have until fourteen (14) days before any continued hearing on the Disclosure
10 Statement (the "Continued Hearing") to file and serve any response or objection to the Disclosure
11 Statement.

## STIPULATION

In light of the foregoing, the parties stipulate that BETA shall have up until fourteen (14) days before the Continued Hearing to file any objection or other response to the Disclosure Statement.

**IT IS SO STIPULATED.**

Dated: September 12, 2019

PYLE SIMS DUNCAN & STEVENSON

By: /s/ Gerald N. Sims
Gerald N. Sims
Attorneys for BETA Risk Management Authority

Dated: September 13, 2019

WANGER JONES HELSLEY PC

By: /s/ Riley C. Walter
Riley C. Walter
Attorneys for Debtor Coalinga Regional Medical Center