Gerald N. Sims (Cal. Bar No. 99133)
PYLE SIMS DUNCAN & STEVENSON, APC
1620 Fifth Avenue, Suite 400
San Diego, CA 92101
Telephone: (619) 687-5200
Facsimile: (619) 687-5210
jerrys@psdslaw.com

Attorneys for Creditor BETA Risk Management Authority

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 18-13677 |
| COALINGA REGIONAL MEDICAL CENTER, a California Local Health Care District, | NOTICE OF WITHDRAWAL OF CLAIM NO. 103 |
| Debtor. | |

PLEASE TAKE NOTICE that BETA Risk Management Authority hereby withdraws its Proof of Claim No. 103 filed on April 10, 2019.

Dated: March 5, 2020          BETA Risk Management Authority

By: _____
Susy Clay, Director of Underwriting